# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | October 8, 2020 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 15-cv-00211 |
| CASE NAME: | Witzlib v. Santelle |
| MATTER: | Status Conference |
| APPEARANCES: | Bodie B. Witzlib, *Pro Se* Plaintiff |
| | Christian R. Larsen, Attorney for all Defendants except Judge J.P. Stadtmueller |
| TIME: | 10:02 a.m. – 10:27 a.m. |
| COURTROOM DEPUTY: | Melissa P. |

## AUDIO OF THIS HEARING AT DKT. NO. 126

The Court explained that, because the defendants have filed a motion for summary judgment, the *pro se* plaintiff cannot voluntarily dismiss the case under Fed. Civ. R. P. 41(a)(1) unless the defendants consent. The Court offered to treat the motion as a request for dismissal under Fed. Civ. R. P. 41(a)(2), which allows for dismissal by court order "on terms the court considers proper."

After discussing the parties' positions on the terms for dismissal, the Court ruled, with the parties' agreement, that plaintiff's motion to dismiss would be granted and the case dismissed with prejudice, subject to the Court making clear it is not ruling on the merits of any of the plaintiff's allegations. Under the terms of the dismissal, the plaintiff may not file any further civil actions against the 'federal defendants' arising from any causes of action found in this case and may not re-file this lawsuit at any time or in any jurisdiction, forever. Therefore, the plaintiff's motion is **GRANTED**.

IT IS HEREBY ORDERED that the plaintiff's case is dismissed with prejudice.

Dated this 8th Day of October, 2020.

                                                        s/ Brett H. Ludwig
                                                        BRETT H. LUDWIG
                                                        United States District Judge